UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>KELLEN M. JAEB,<br><br>          Defendant. | No. 2:17-CR-0053-TOR-1<br><br>ORDER STRIKING BAIL HEARING<br><br>☒    MOTION DENIED AS MOOT **(ECF No. 20)** |

      At Defendant's April 6, 2017, initial appearance based on an Indictment, the Court set a bail hearing for April 10, 2017 at 1:30 p.m. before the undersigned. At Defendant's April 10, 2017, bail hearing Defendant waived his right to a bail hearing, and the United States' motion for detention, ECF No. 6, was granted. On Aprils 13, 2017, Defendant filed a motion for reconsideration of the order granting the United States' motion for detention. ECF No. 20. The reconsideration of the order of detention was set on April 24, 2017 at 1:30 p.m. before the undersigned.

      On April 24, 2017, Defendant filed a Waiver of Bail Hearing. ECF No. 23.

      Based on Defendant's waiver, the Court finds Defendant shall be held in detention pending the disposition of this case or until further order of the court. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

ORDER - 1

If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release.  The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested.  This Court will treat the motion as expedited and submitted without argument, and will set a hearing or issue other orders as may be appropriate.

Defendant's motion for reconsideration, **ECF No. 20**, is **DENIED as moot**. The April 24, 2017, bail hearing is **STRICKEN.**

**IT IS SO ORDERED.**

DATED April 24, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE