PROB 12C
(6/16)

Report Date: October 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kellen M. Jaeb | Case Number: 0980 2:17CR00053-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 23, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | | |
| Original Sentence: | Prison - 78 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | October 20, 2022 |
| Defense Attorney: | Jay Barto McEntire, IV | Date Supervision Expires: | October 19, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/11/2023.

On October 20, 2022, the offender's conditions were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Extortion First Degree, in violation of 9A.56.120B-F, on or about October 6, 2023.<br><br>On October 11, 2023, an information was filed in Spokane County Superior Court charging the offender with extortion first degree, case number 23-1-02676-32.  Specifically, the information states that the offender did knowingly obtain, or attempt to obtain property or services, money, from the victim by means of a threat to cause bodily injury.  It should be noted, the probation officer filed a petition with the Court on October 11, 2023, which alleged the offender committed the offense of harassment threats to kill on or about October 6, 2023.  The incident details of the above-referenced charge are outlined in the petition filed with the Court on October 11, 2023. |

Prob12C
Re: Jaeb, Kellen M.
October 16, 2023
Page 2

The offender is scheduled to appear in Spokane County Superior Court for his arraignment on October 25, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 16, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

October 16, 2023
Date