PROB 12C
(6/16)

Report Date:  October 11, 2023

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kellen M. Jaeb          Case Number: 0980 2:17CR00053-TOR-1

Address of Offender: ███████████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 23, 2018

Original Offense:       Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:      Prison - 78 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Alison L. Gregoire          Date Supervision Commenced: October 20, 2022

Defense Attorney:       Jay Barto McEntire, IV       Date Supervision Expires: October 19, 2025

---

## PETITIONING THE COURT

To issue a warrant.

On October 20, 2022, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Harassment Threats to Kill, in violation of R.C.W. 9A.46.020 CF, on or about October 6, 2023.

According to Spokane Police Department incident report number 2023-20199932, on or about October 6, 2023, officers were dispatched to a residence in Spokane, Washington, in response to a report of a threat.  When officers arrived, they observed a male standing outside the driver's side of a white Jeep Cherokee that was parked in front of the residence. Officers then observed the white Jeep Cherokee reverse at a high rate of speed and drive away.

Officers interviewed the victim who stated that he was at a bar downtown when he received a call from Mr. Jaeb asking him for money that he had borrowed.  When the victim told him that he did not have the money, Mr. Jaeb allegedly said something like "I'm coming into the

**Prob12C**
**Re: Jaeb, Kellen M.**
**October 11, 2023**
**Page 2**

bar to beat you up" and "I'm going to fucking kill you".  He never saw the offender at the bar, but he decided to return home because his young child was at his residence with a babysitter.  In the meantime, the offender called the victim again and said "I'll light that house up".

When the victim arrived home, he went into the house to retrieve his pistol because he was fearful the offender would follow through with his threats.  The victim's girlfriend remained inside their vehicle at the front of the residence and when the offender arrived, he pulled his vehicle next to hers and blocked her in.  One of the responding officers indicated that the victim's girlfriend was noticeably distraught.  It should be noted, the victim was hesitant to provide information to law enforcement and he appeared to be withholding some information about the incident.

Officers initiated a traffic stop of the offender's vehicle.  When questioned, the offender informed officers that he had given the victim money to fix his damaged vehicle, but he wanted his money back.  He stated he contacted the victim and said "bro, I will shoot you".  He said the victim then asked if he had a gun, to which Mr. Jaeb responded "yeah".   The offender indicated he just wanted to scare the victim because he wanted his money back, and he denied having a firearm.  The offender's person and vehicle were searched and no firearm was recovered.

Officers determined there was probable cause to arrest the offender for harassment threats to kill.  Subsequently, he was placed under arrest and he later bonded out of Spokane County Jail on October 8, 2023.

Mr. Jaeb is scheduled to appear in Spokane County Superior Court for his arraignment on October 25, 2023, case number 2310267632.

It should be noted, the offender reported his arrest to the probation office within 72 hours, as required.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 11, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Jaeb, Kellen M.**
**October 11, 2023**
**Page 3**

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Thomas O. Rice
United States District Judge

_October 11, 2023_____

Date