PROB 12C
(6/16)

Report Date: January 9, 2024

## United States District Court

for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kellen M. Jaeb | Case Number: 0980 2:17CR00053-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 23, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | | |
| Original Sentence: | Prison - 78 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | October 20, 2022 |
| Defense Attorney: | Jay Barto McEntire, IV | Date Supervision Expires: | October 19, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/11/2023 and 10/16/2023.

On October 20, 2022, the offender's conditions were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1** : You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Hit and Run Attended Vehicle, in violation of R.C.W. 46.52.020, on or about January 6, 2024.<br><br>On January 8, 2024, charges were filed in Spokane Municipal Court, case number 4A0077176, charging the offender with hit and run attended vehicle.  He is scheduled to appear for his arraignment on January 10, 2024.<br><br>According to Spokane Police Department incident report number 2024-20003387, on January 6, 2024, at approximately 2:46 a.m., law enforcement was dispatched to a hit and run accident. The complainant reported that a vehicle had crashed into his father's parked vehicle.  Upon arrival, the responding officer observed that a 2014 Jeep Grand Cherokee had collided with another vehicle, which as a result, had been pushed into a fence.  The offender was subsequently identified as the registered owner of the Jeep Grand Cherokee. |

Prob12C
Re: Jaeb, Kellen M.
January 9, 2024
Page 2

A witness informed officers that following the collision, a male was observed fleeing from the scene. The offender's identification, as well as his personal belongings, was also found in the Grand Jeep Cherokee, but he was not located.

It should be noted, on January 6, 2024, Mr. Jaeb contacted the probation officer to report the above-referenced incident.

On January 6, 2024, Mr. Jaeb contacted Crime Check to report that his vehicle had been stolen. An officer contacted him at his residence, at which time Mr. Jaeb stated his vehicle was stolen at around 1 a.m., from his residence. He eventually admitted that he had been driving his vehicle when it was involved in the hit and run. He was not arrested, but was cited for hit and run and false statement.

| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
|---|---|

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of False Statement to a Public Servant, in violation of R.C.W. 9A.76.175.A, on or about January 6, 2024.

On January 8, 2024, charges were filed in Spokane Municipal Court, case number 4A0077175, charging the offender with false statement to a public servant. He is scheduled to appear for his arraignment on January 10, 2024.

As indicated in violation number 3, on January 6, 2024, Mr. Jaeb informed law enforcement that his car had been stolen prior to being involved in a hit and run accident. He later admitted to the officer that his vehicle had not been stolen.

| 5 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
|---|---|

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by consuming alcohol on or about January 5, 2024.

On January 8, 2024, Mr. Jaeb reported to the U.S. Probation Office, as directed, to discuss the hit and run incident that occurred on January 6, 2024. At that time, a urine specimen was collected and the offender was informed that the sample was being sent to the laboratory for alcohol testing. Mr. Jaeb tested negative for illicit substances; however, he admitted to consuming alcohol on or about January 5, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Jaeb, Kellen M.
January 9, 2024
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 9, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other: *The Revocation of Supervised Release hearing scheduled for 1/31/2024 remains set. All pending alleged violations will be addressed at the hearing.*

Thomas O. Rice
United States District Judge

January 11, 2024
Date