PROB 12C
(6/16)

Report Date: September 18, 2024

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kellen M. Jaeb | Case Number: 0980 2:17CR00053-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 23, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | | |
| Original Sentence: | Prison - 78 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | October 20, 2022 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: | October 19, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/11/2023, 10/16/2023 and 01/09/2024.

On October 20, 2022, the offender's conditions were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by entering into an establishment where alcohol is the primary item of sale, on or about August 31, 2024. |
| | On August 31, 2024, Mr. Jaeb was contacted by the Coeur d'Alene Police Department outside of a bar. According to Coeur d'Alene Police Department incident report number 24C35477, Mr. Jaeb, along with two other individuals, were told to leave the Beacon Bar by security staff after a fight broke out. Mr. Jaeb informed officers that he did not engage in the fight, but had separated the two males involved. This information was confirmed by officers and Mr. Jaeb was told he could leave the scene. |

Prob12C
Re: Jaeb, Kellen M.
**September 18, 2024**
Page 2

When questioned by the probation officer, Mr. Jaeb stated that a female friend contacted him and asked him to pick her up from a bar in Coeur d' Alene, Idaho. She further informed him that she had been drinking and the male she was with had become physical with her. Subsequently, Mr. Jaeb traveled to the District of Idaho to pick her up, but when he arrived at the bar, he could not locate her inside the establishment. He denied consuming alcohol and stated that he remained in the bar for a short period of time while he looked for his friend. He reportedly located her down the street from the bar a short time later and took her home.

It should be noted, on August 31, 2024, Mr. Jaeb sent an email to the probation officer advising of his police contact and explaining the aforementioned situation.

7  **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by leaving the judicial district without permission for his probation officer, on or about August 31, 2024.

As noted in violation number 6, the offender traveled to the District of Idaho on or about August 31, 2024. He failed to obtain permission from the probation officer to travel outside of the judicial district.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 18, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.

Thomas O. Rice
United States District Judge

September 20, 2024

Date